UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN JOHNSON,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, September 24, 2010,** and responses to these motions shall be filed by **Friday, October 1, 2010.** It is

FURTHER ORDERED that a hearing on all pending motions, if necessary, will be set at a future date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, October 18, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: September 14, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge