UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. KEVIN JOHNSON,

    Defendant.

---

### MINUTE ORDER
---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 4, 2010. A Change of Plea hearing is set for **Wednesday, December 1, 2010 at 4:00 p.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED**. **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    The trial set for Monday, October 18, 2010 is hereby **VACATED**.

    Dated: October 6, 2010