UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00374-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KEVIN JOHNSON,

      Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

      A Notice of Disposition was filed in the above matter on March 29, 2011.  A Change of Plea hearing is set for **Tuesday, May 10, 2011 at 3:30 P.M.  Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.

      Dated:  March 30, 2011