UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   10-cr-00374-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KEVIN JOHNSON,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Change of Plea Hearing set for Wednesday, August 17, 2011, at 3:00 p.m. is **VACATED** and **RESET** to **Friday, August 26, 2011, at 10:00 a.m., in courtroom A-1002.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  August 17, 2011.