**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | January 23, 2012 | Probation: | Gary Kruck |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Therese Lindblom | | |

Criminal Case No:  **10-cr-00374-WYD**          Counsel:

UNITED STATES OF AMERICA,          David M. Conner

        Plaintiff,

v.

**1.  KEVIN JOHNSON**,          Lisa M. Wayne

        Defendant.

**SENTENCING**

**3:16 p.m.**     Court in Session - Defendant present (in-custody)

        **Change of Plea Hearing - Friday, August 26, 2011, at 10:00 a.m.
        Plea of Guilty - count one of Indictment**

        APPEARANCES OF COUNSEL.

        Court's opening remarks.

3:17 p.m.     Statement on behalf of Government (Mr. Conner).

3:17 p.m.     Statement on behalf of Defendant (Ms. Wayne).

3:20 p.m.     Statement on behalf of Probation (Mr. Kruck).

3:21 p.m.     Statement on behalf of Defendant (Ms. Wayne).

3:22 p.m.     Statement on behalf of Government (Mr. Conner).

3:26 p.m.          Statement on behalf of Defendant (Ms. Wayne).

3:32 p.m.          Statement by Defendant on his own behalf (Mr. Johnson).

                  Court makes findings.

**ORDERED:**   Government's Motion for Downward Departure Pursuant to 5K1.1 (ECF Doc. No. 38), filed November 28, 2011, is **GRANTED.**

**ORDERED:**   Government's Motion for Decrease for Acceptance of Responsibility (ECF Doc. No. 39), filed November 28, 2011, is **GRANTED.**

                  Order is **APPROVED BY THE COURT.**

**ORDERED:**   Defendant be **imprisoned** for **28** months.

**Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility with a drug abuse treatment program and the defendant be allowed to participate in that program.**

**ORDERED:**   Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:   Conditions** of **Supervised Release** are:

- (X)   Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

- (X)   Defendant shall not commit another federal, state or local crime.

- (X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

- (X)   Defendant shall comply with standard conditions adopted by the Court.

- (X)   Defendant shall not unlawfully possess a controlled substance.

- (X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

- (X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

   (X)   The defendant shall participate in and successfully complete a program of testing and/or treatment for alcohol abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.

   (X)   The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant shall pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court.  Any notice of appeal must be filed within fourteen (14) days.  Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant is **REMANDED** to the custody of the U.S. Marshal.

**3:46 p.m.**   Court in Recess - HEARING CONCLUDED / CONTINUED

**TOTAL TIME:  :30**