CO-PS8
(12/14-D/CO)

# United States District Court
# for the District of Colorado

U.S.A. vs. KEVIN JOHNSON　　　　　　　　　　DKT. NO. 1:10CR00374-1

## Petition for Action on Conditions of Pretrial Release

Comes now, Carlos Escobedo Probation Officer of the Court, presenting an official report upon the conduct and attitude of defendant Kevin Johnson, who was placed under pretrial release supervision by the Honorable Kristen L. Mix, sitting in the Court at Denver Colorado, on September 23, 2015. As noted in the Order Setting Conditions of Release (Document 72), the Court ordered conditions of pretrial release. The probation officer alleges the defendant has violated the following terms and conditions of pretrial release as set forth herein.

**Respectfully presenting petition for action of the Court and for cause as follows:**

On January 16, 2016, at approximately 1:10 p.m., I received an ATLAS notification that the defendant had contact with the Aurora Police Department. On January 17, 2016, the defendant called and left me a voicemail message reporting this contact. The defendant reported that he was at a friend's house and was stranded with no transportation home. He further reported that he left his friend's house and began to walk home when he was contacted by an Aurora Police Officer who conducted a records check and transported him to his residence. On January 22, 2016, I corresponded with the Aurora Police Officer via email, who advised the defendant was contacted on the above date as a result of a call for service regarding an intoxicated individual looking for his house. The officer further reported the defendant was intoxicated and given a courtesy ride home and released to his common law wife. No criminal charges were filed in relation to this incident.

On January 26, 2016, the defendant reported to the Probation Office to further discuss this law enforcement contact. He denied drinking prior to this police contact. We discussed the implications of violating the conditions of bond, as well as to his personal health and safety concerns with this behavior. On that same date the defendant was also administered a urinalysis test, which resulted in a presumptive positive for alcohol. The defendant admitted to consuming three beers at a Bronco party on January 24, 2016. Given this violation, the defendant agreed to a modification of his bond conditions to participate in monitored Antabuse if not medically contraindicated.

In addition, I have been in regular contact with the defendant's therapist regarding these issues. Following the defendant's violation for admitted alcohol use, it was decided that the focus of his individual therapy would shift to substance abuse issues, and that he would be placed back into group therapy sessions and increase from biweekly to weekly sessions.

| | | |
|---|---|---|
| Kevin Johnson<br>1:10CR00374-1 | Petition on Pretrial Release<br>Page - 2 | February 10, 2016 |

**RESPECTFULLY REQUESTING THAT THE COURT WILL MODIFY** the conditions of release to include the following:

The defendant shall ingest monitored Antabuse if not medically contraindicated.

## ORDER OF THE COURT

Considered and ordered filed and made a part of the record in the above case.

I declare under the penalty of perjury that the foregoing is true and correct.

*s/ Carlos Escobedo*
Carlos Escobedo
United States Probation Officer
Date:   February 10, 2016

_____
Kristen L. Mix
United States Magistrate Judge
Date: 2/10/16