PS 42
(8/96 D/CO)

# United States District Court

## District of Colorado

United States of America )
)
vs )
)
Kevin Johnson ) Case No. 10-cr-00374-WYD-01

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Kevin Johnson, have discussed with Carlos Escobedo, Probation Officer, the modification of my release as follows:

The defendant shall ingest monitored Antabuse if not medically contraindicated.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  2/3/2016      _____  2/3/2016
Signature of Defendant    Date          Probation Officer         Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                  2-3-2016
Signature of Defense Counsel             Date

_____                  3 Feb 2016
Signature of Assistant U.S. Attorney     Date

[✓]  The above modification of conditions of release is ordered, to be effective on _____

[ ]  The above modification of conditions of release is not ordered.

_____                  2/10/16
Signature of Judicial Officer            Date